# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RATANA MURRELL, | ) |
| Plaintiff, | ) Case No. 5:10-cv-01353-R |
| vs. | ) |
| SRS & ASSOCIATES, | ) |
| Defendant. | ) |

## ORDER ENTERING FINAL DEFAULT JUDGMENT

**THIS CAUSE** having come before the Court based on the Defendant's failure to file a responsive pleading, due notice given and the Court being fully advised in the premises, it is hereby ordered that:

Final Default Judgment is hereby entered in favor of Plaintiff, RANTANA MURRELL, whose current address is 6204 SE 47th St., Oklahoma City, OK 73135, and against Defendant, SRS & ASSOCIATES, whose current address is 1173 East Landis, Building B, Vineland, NJ 08360, in the total amount of $9,483.00, that shall bear interest at the maximum statutory rate per year, and for which let execution issue.

**IT IS SO ORDERED this 24th day of March, 2011.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE